IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ANTHONY DARRYL EASON,

    Plaintiff,

v.

CIVIL ACTION NO.: CV614-038

DR. JEFFERSON and
DR. COOPER,

    Defendants.

## ORDER

Plaintiff sought to proceed *in forma pauperis* in this case brought pursuant to 42 U.S.C. § 1983. By Order dated May 6, 2014, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act. Plaintiff was given until June 5, 2014, to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court.

Plaintiff has failed to respond to that May 6, 2014, Order. Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

SO ORDERED, this 23 day of June, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)